IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR104 |
| | ) | |
| JORGE URIEL-ESQUIVEL and PEDRO ROMERO, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion (#36, filed August 17, 2009) of Jorge Uriel-Esquivel to continue the suppression hearing now set for August 19, 2009.

The record shows that this motion was originally set for hearing July 1, 2009. On that date, the court continued the hearing to August 19. Counsel now informs the court that he was unable to work between July 3 and July 23, 2009 due to an injury. Some time after July 23, 2009, he contacted an expert, and the expert could not provide a report "in the limited amount of time." Counsel provided no other information about this expert or what kind of report the expert is supposed to prepare.

Considering the content of the motion, together with the record as a whole, the court finds that the defendant's motion is untimely and that the defendant has not shown good cause for a continuance.

**IT IS ORDERED** that the defendant's Motion to Continue (#36) is denied. The consolidated evidentiary hearing on the Motion to Suppress (#24) filed by defendant Pedro Romero and the Motion to Suppress (#26) filed by defendant Jorge Uriel-Esquivel will be held on August 19, 2009 at 9:30 AM, as scheduled.

**DATED August 18, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**