# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:09CR104** |
| | ) | |
| **JORGE URIEL-ESQUIVEL,** | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **Defendant.** | ) | |

Defense counsel has not complied with the court's orders requiring him to associate with local counsel.

**IT IS ORDERED** that attorney Daniel K. Martin is given until **12:00 noon on Monday, September 21, 2009**, to file a written response to this Order to Show Cause explaining why he should not be held in contempt pursuant to 28 U.S.C. § 636(e) for failure to comply with the orders of the court.

**DATED September 16, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**