IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:09CR104 |
| v. | ) ) | ORDER NUNC PRO TUNC |
| JORGE URIEL-ESQUIVEL and PEDRO ROMERO, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on its own motion. It has come to the attention of the court that the record needs to be clarified. In its order on defendant Romero's objections to the Report and Recommendation ("R&R") of the magistrate judge, the court adopted the magistrate judge's recommendation in its entirety. Filing No. 64, Memorandum and Order at 5. In findings made on the record at the suppression hearing, the magistrate judge recommended denial of defendant Romero's motion to suppress (Filing No. 24) and defendant Uriel-Esquivel's motions to suppress (Filing No. 26 & Filing No. 50). See Filing No. 59, Transcript at 79. Defendant Uriel-Esquivel did not object to the magistrate judge's R&R. The court's order adopting the magistrate judge's recommendation in its entirety effectively denied defendant Uriel-Esquivel's motions to suppress. Speedy trial calculations should reflect the denial of defendant Uriel-Esquivel's motion to suppress as of February 1, 2010. Accordingly,

IT IS ORDERED that defendant Uriel-Esquivel's motion to suppress (Filing No. 26) was denied on February 1, 2010.

DATED this 1st day of March, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge