IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR104 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JORGE URIEL-ESQUIVEL and PEDRO ROMERO, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Jorge Uriel-Esquivel (Uriel-Esquivel) (Filing No. 81). Uriel-Esquivel seeks a continuance of the trial of this matter which is scheduled for April 5, 2010. Uriel-Esquivel's counsel represents that the government's counsel and co-defendant's counsel have no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Uriel-Esquivel's motion to continue trial (Filing No. 81) is granted.

2. Trial of this matter is re-scheduled for **May 3, 2010,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 29, 2010 and May 3, 2010,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 29th day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge