IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JORGE URIEL-ESQUIVEL,<br><br>              Defendant. | **8:09CR104**<br><br>**ORDER** |

      This matter is before the court on the defendant's motion to dismiss his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. Filing No. 111. In his motion, the defendant indicates that he does not wish to disturb his plea. The court finds the motion should be granted. Accordingly,

      IT IS ORDERED:

      1.    The defendant's motion to dismiss (Filing No. 111) is granted.

      2.    The defendant's motions to vacate (Filing No. 104) and to amend (Filing No. 106) are denied.

      3.    The defendant's 28 U.S.C. § 2255 action is dismissed.

      DATED this 14th day of June, 2012.

                                                                  BY THE COURT:

                                                                   s/ Joseph F. Bataillon
                                                                   United States District Judge